

IN THE
TENTH COURT OF APPEALS

No. 10-22-00356-CV

IN THE MATTER OF THE MARRIAGE OF
LORI LUAN REED AND
OLEN GRANT UNDERWOOD

From the 413th District Court
Johnson County, Texas
Trial Court No. DC-D202100761

## MEMORANDUM OPINION

Lori Luan Reed appealed the trial court's Order Granting Olen Grant Underwood's Motion For Summary Judgment. Reed now moves to dismiss her appeal because the parties have reached a settlement. Pursuant to the settlement agreement, the appeal is to be dismissed with prejudice.

Accordingly, Reed's motion to dismiss is granted, and, to effectuate the agreement of the parties, the appeal will be, and is, dismissed with prejudice. *See* TEX. R. APP. P. 42.1. Further, as moved by Reed and as contemplated by the parties' agreement, the Clerk of this Court is Ordered to issue the mandate seven days after the date this opinion and judgment issue. *See id.* 18.1(c).

There being no agreement otherwise, appellate costs are taxed against Reed. *See*

*id*. 42.1(d).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Motion granted; appeal dismissed; mandate issued
Opinion delivered and filed December 7, 2023
[CV06]

